# Court of Appeals
# of the State of Georgia

ATLANTA, October 09, 2013

*The Court of Appeals hereby passes the following order*

**A14I0017. BACON COUNTY HEALTH SERVICES, INC. v. SHERITA STROZIER.**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

S13V076



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, October 09, 2013.*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*